Steven A. Christensen, #5190
Law Offices of Steven A. Christensen
Attorney for Plaintiff
3381 W. Star Fire Road
So. Jordan, UT 84095
Telephone: (801) 255-8727

FILED
17 SEP 02 PM 1:22
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| Steven A. Christensen, | * | MOTION TO DISMISS |
| Plaintiff, | * | |
| vs. | * | Case No. 2:01CV-0705K |
| GBI, Capital Partners, Inc., a New York corporation, Ladenburg Thalmann Financial Services, Inc., a Florida corporation, GBI Capital Management Corporation, a Florida corporation, Gaines Berland, Inc., a New York corporation, Edward Daigneau, and GBI, Inc, | * | Judge Dale A. Kimball |
| Defendants. | * | |

COMES NOW the Plaintiff, Steven A. Christensen, and moves this Court to Dismiss the above captioned matter. Plaintiff has agreed to file his claim through arbitration, and accordingly moves the Court to dismiss the within matter.

DATED this 13th day of September, 2002.

*/s/ Steven A. Christensen*
Steven A. Christensen

33

## CERTIFICATE OF MAILING

I hereby certify that I placed a true and correct copy of the foregoing documents in the U.S. Mails, postage prepaid, on this 13th day of September, 2002, and addressed as follows:

David E. Hardy
Hardy & Allen
818 East South Temple
Salt Lake City, Utah 84102

*Stephanie Wright*