Steven A. Christensen, #5190
Law Offices of Steven A. Christensen
Attorney for Plaintiff
3381 W. Star Fire Road
So. Jordan, UT 84095
Telephone: (801) 255-8727

FILED
CLERK, U.S. DISTRICT COURT
23 SEP 02 PM 3: 15
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

RECEIVED CLERK
SEP 17 2002
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Steven A. Christensen, | ORDER |
| Plaintiff, | |
| vs. | Case No. 2:01CV-0705K |
| GBI, Capital Partners, Inc., a New York corporation, Ladenburg Thalmann Financial Services, Inc., a Florida corporation, GBI Capital Management Corporation, a Florida corporation, Gaines Berland, Inc., a New York corporation, Edward Daigneau, and GBI, Inc, | Judge Dale A. Kimball |
| Defendants. | |

**THIS MATTER** coming on to be heard on Plaintiff's Motion to Dismiss, the Court **HEREBY** dismisses the Complaint, each party to bear his or their own costs and fees.

**DATED THIS** 23rd day of September, 2002.

BY THE COURT

_[signature]_
Honorable Dale A. Kimball

tsi

United States District Court
for the
District of Utah
September 26, 2002

* * CERTIFICATE OF SERVICE OF CLERK * *

Re:  2:01-cv-00705

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

```
Mr. Steven A Christensen, Esq.
3318 W STAR FIRE RD
SOUTH JORDAN, UT  84095
JFAX 9,5699415

Mr. David E Hardy, Esq.
HARDY & ALLEN
818 E S TEMPLE
SALT LAKE CITY, UT  84102
```